UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GILBERTO RUIZ<br><br>*Plaintiffs,*<br><br>v.<br><br>ALLSTATE TEXAS LLOYDS<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 4:16-cv-00779-O |

### UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, PETER E. FERRARO, (hereinafter referred to as "*Movant*") attorney for PLAINTIFF, Gilberto Ruiz, (hereinafter "*Client*"), and brings this Unopposed Motion for Withdrawal as Counsel, and in support thereof, shows the Court the following:

**I.**

Good cause exists for withdrawal of Movant as Counsel because Mr. Ferraro has been disqualified from representation in a similar case in which the issue has been ruled that there may exist a conflict of interest. The client Gilberto Ruiz has been consulted and does not oppose the withdrawal of Peter E. Ferraro.

**II.**

This Motion is not sought for the purposes of delay.

**III.**

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion and permit him to withdraw as counsel from the instant action.

Respectfully submitted,

THE FERRARO LAW FIRM


EXHIBIT 3

> 1011 West 10th Street
> Austin, Texas 78703
> (512) 474-7742 Telephone
> (512) 474-8106 Facsimile
>
> By: /s/ *Peter E. Ferraro*
> Peter E. Ferraro
> Texas State Bar No. 06934600
> USSD Fed ID # 9829
> **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

On October 12, 2016, counsel for Plaintiffs conferred with counsel for Defendant regarding the relief requested in this motion. Counsel for Defendant has indicated that they are unopposed to the motion

> /s/ *Peter E. Ferraro*
> Peter R. Ferraro

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2016, a true and correct copy of the above and foregoing Unopposed Motion to Withdraw as Counsel has been forwarded to Defendant via e-file service, e-mail, facsimile, certified mail, and/or regular mail return receipt requested as follows.

> /s/ *Peter E. Ferraro*
> Peter E. Ferraro