```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

LINO MEDINA, ET AL.                §
                                   §
VS.                                §   CIVIL ACTION NO. 4:16-CV-781-Y
                                   §   (Consol. with 4:16-CV-784-Y)
ALLSTATE TEXAS LLOYD'S             §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED May 16, 2017.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/mdf